IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JAMES CROMARTIE, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | Civil Action File No. |
| | : | **1:03-CV-165 (WLS)** |
| STEVE UPTON, Warden, | : | |
| | : | |
| Respondent. | : | |

## RECOMMENDATION

Presently pending in this *pro se* prisoner *habeas corpus* action is petitioner's motion to dismiss the petition without prejudice (tab 19).

Petitioner is currently incarcerated at Dooly State Prison serving a sentence for trafficking in cocaine, driving while license suspended, and driving without a tail light arising from a 1998 jury trial conviction in Worth Superior Court.

Petitioner requests that the habeas proceedings be dismissed without prejudice to his right to refile the same because he would like an opportunity to confer with counsel and obtain more records in support of his petition.

Subsequent to petitioner's filing of this motion, the undersigned ordered that petitioner be provided copies of all documents that were submitted by respondent, and gave petitioner additional time in which to supplement his complaint in light of receiving the documents.

If this motion were to be granted, it is possible that any subsequent petition would be untimely. In an effort to prevent a timeliness issue when there does not appear to be one currently, and to avoid any prejudice to petitioner, it is the RECOMMENDATION of the

undersigned that petitioner's motion to dismiss be **DENIED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 26th day of August, 2005.

                                                 //S Richard L. Hodge
                                                 RICHARD L. HODGE
                                                 UNITED STATES MAGISTRATE JUDGE

msd