IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES CROMARTIE, | : |
| Petitioner, | : |
| v. | : 1:03-CV-165 (WLS) |
| STEVE UPTON, Warden, | : |
| Respondent. | : |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Tab 25), filed August 26, 2005. It is recommended that Petitioner's request to dismiss the petition be denied. The Magistrate Judge found that dismissal of Petitioner's petition for relief would possibly result in Petitioner being placed in a position of being unable to re-file his petition for relief because it would be untimely. Petitioner has not filed a timely written objection to the recommendation.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Tab 30) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's motion to dismiss without prejudice is **DENIED.** (Tab 19).

**SO ORDERED**, this  16th  day of September, 2005.

    /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**

1